AO 10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)   Head, Hayden | 2. Court or Organization   Southern District of Texas | 3. Date of Report   7/20/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)   Chief U. S. District Judge | 5. Report Type (check appropriate type)   ○ Nomination    Date   ○ Initial   ◉ Annual   ○ Final | 6. Reporting Period   1/1/2004   to   12/31/2004 |
| 7. Chambers or Office Address   1133 N. Shoreline Blvd.   Corpus Christi, Texas 78401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.   Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Child III Uniform Transfer to Minors Act |
| 2. | Agent (for ████████) | Farm, Grayson County, Texas |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Hayden | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date. Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American High Income Trust | B | Dividend | K | T | Reinvestmt | Month | J | | |
| 2. IRA: Herndon Plant Oakley Money Mkt Tamarack Instmt FDS | A | Dividend | K | T | Reinvestmt | Month | J | | Previously Great Hall Prime |
| 3. IRA: Growth Fund of America | A | Dividend | K | T | Reinvestmt | 12-14 | J | | |
| 4. IRA: Small Cap World Fund | A | Dividend | J | T | Reinvestmt | 12-13 | J | | |
| 5. IRA: Europacific Fund | A | Dividend | J | T | Reinvestmt | 12-21 | J | | |
| 6. Farm, Grayson County, Texas | C | Rent | O | Q | | | | | |
| 7. Herndon Plant Oakley Money Mkt (Great Hall) | A | Dividend | J | T | Buysell | Vars | J | | See Note in Part VIII |
| 8. MFS-Managed Municipal Bond Trust | B | Dividend | | | Sell | 6/23 | K | A | |
| 9. Herndon Plant Oakley Money Mkt, ▇ #3 1991 Trust, Trustee | A | Dividend | | | Distribution | | J | | |
| 10. Herndon Plant Oakley Money Mkt, ▇ #3 Custodial Account | A | Dividend | | | Distribution | | J | J | |
| 11. American Balanced Fund ▇ #3 Custodial Account | A | Dividend | | | Distribution | | K | J | |
| 12. Capital World Bond Fund | A | Dividend | K | T | Reinvestmt | Month | J | | |
| 13. Hanover Compressor, Common | A | None | J | T | Sell | 11-30 | J | A | |
| 14. Northern Border Ptrs Ltd Partnership Unit | B | Distribution | K | T | | | | | |
| 15. Teppco Ptrs Limited Partnership Unit | B | Distribution | K | T | | | | | |
| 16. Becks Prime Boc Ltd. 1/2 Ltd. Partnership Unit | A | Distribution | J | U | | | | | |
| 17. Becks Dairy-Ashford I-10 SE Ltd. Partnership Unit | A | Distribution | J | U | | | | | |
| 18. ▇ 401(K): Diversified Investors Variable Fund | A | Dividend | K | T | Buy | MO | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Hayden | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. U. S. Treasury Bond, Due 11-15-2021 | C | Interest | L | T | | | | | |
| 20. Transamerica Life Insurance, Universal Life Ins. Policy | B | Interest | L | T | Premium | MO | J | | |
| 21. First Colony Universal Life Ins. Policy | A | Interest | J | T | Premium | MO | J | | |
| 22. U. S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |
| 23. Child: U. S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |
| 24. IRA: American High Income Trust | A | Dividend | J | T | Reinvestmt | MO | J | | |
| 25. Overriding Royalty Interests, Nueces Co. & Borden Co., TX | A | Ov. Royalty | J | VQ | | | | | See Note in Part VIII |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

The following notes apply to Part VII, Item #:

7. Account is used for temporary investment of income received pending transfer to bank or other reinvestment. No gain or loss is realized on sales of money market account.

25. No income has yet been received by me from these properties. Income is now held by the Texas Comptroller of Public Accounts Unclaimed Property Section. The value of these overriding royal interests would be I. I have filed claims with the Texas Comptroller of Public Accounts Unclaimed Property Section to receive the royalty income from these properties. Reporting companies (producers) are: Link Energy LTD Pship, 1/31/1993, $741.84; Link Energy LTD Pship, 10/31/1999, $98.35; Koch Industries Inc., 1/1/1986, $9.73; Devon Louisiana Corp., 6/1/1998, $164.12; Link Energy LTD Pship, 12/31/1998, $41.79; Link Energy LTD Pship, $76.54; Link Energy LTD Pship, 12/31/2001, $12.19.

## IX  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  7-29-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544